1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (NYSBN 4256178)
4  Assistant United States Attorney
   11th Floor Federal Building
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone:  (415) 436-6888
   Fax:        (415) 436-7009
7  Attorneys for the United States of America

E-filing

RECEIVED
2011 APR -6 A 10:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HRL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA and           )   CV No. 11  1658
EMMANUEL E. OROSA, Revenue Officer,    )
                                       )
              Plaintiffs,              )   [Proposed]
                                       )   ORDER TO SHOW CAUSE RE
        v.                             )   ENFORCEMENT OF INTERNAL
                                       )   REVENUE SERVICE SUMMONS
MICHAEL CANUL,                         )
                                       )
              Defendant.               )
_____)

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on _____**April 6**_____, 2011, it is hereby:

**ORDERED** that respondent MICHAEL CANUL appear before this Court on the **28th** day of __**June**____, 2011, at **10 a**.m., in Courtroom No. _**2**_, **5th** Floor, United States District Court, 280 South 1st Street, San Jose, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of

this Order above specified; and it is further

**ORDERED** that within twenty-one (21) days before the return date of this Order, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

**ORDERED** this __18th__ day of _____April_____, 2011, at San Jose, California.

_____
UNITED STATES MAGISTRATE JUDGE

HOWARD R. LLOYD

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                                            2