1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   THOMAS M. NEWMAN (NYSBN 4256178)
4  Assistant United States Attorney
   9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:  (415) 436-6888
    Fax:        (415) 436-7009
7  Attorneys for the United States of America

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11  UNITED STATES OF AMERICA and        )  No. C11-01658 LHK
12  EMMANUEL E. OROSA, Revenue Officer, )
                                        )
13              Plaintiffs,             )
                                        )  [Proposed] ORDER TO
14        v.                            )  SHOW CAUSE RE: CONTEMPT
                                        )
15  MICHAEL CANUL,                      )
                                        )
16              Defendant.              )
17  _____)

18      Good cause having been shown by the United States upon its Application For Entry of Order

19  To Show Cause Re: Contempt, it is hereby

20      **ORDERED** that respondent appear in person before this Court on the 1st day of

21  December, 2011, at 1:30 pm, in Courtroom No. 8, 4th Floor, United States Courthouse,

22  280 South First Street, San Jose, California, and then and there show cause, if he has any, why

23  the respondent should not be held in contempt for his failure to comply with the Order Adopting

24  Report and Recommendation to Enforce IRS Summons filed July 26, 2011; and it is further

25      **ORDERED** that a copy of this Order to Show Cause Re: Contempt be served upon said

26  respondent in accordance with Rule 5 of the Federal Rules of Civil Procedures at least thirty-five

27  (35) days before the return date of this Order above specified; and it is further

28  //

1    **ORDERED** that within twenty-eight (28) days before the return date of this Order, the
2    respondent may file and serve a written response to the Order To Show Cause Re: Contempt,
3    supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. Subsection
4    1746, as well as any motions he desires to make; that the petitioner may file and serve a written
5    reply to such response, if any, within fourteen (14) days before the return date of this Order; that
6    all motions and issues raised by the pleadings will be considered on the return date of this Order,
7    and only those issues raised by motion or brought into controversy by the responsive pleadings
8    and supported by affidavit(s) or declaration(s) will be considered at the return of this Order.
9    **ORDERED** this  6th    day of  September              , 2011, at San Jose,
10   California.

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

ORDER TO SHOW CAUSE RE:
CONTEMPT (No. C-11-01658- LHK)          2